### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOHN PRICE, Individually and For Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 2:2020-cv-00316 KWR/GJF<br>) |
| DEVON ENERGY CORPORATION, | )<br>) |
| Defendant. | ) |

### JOINT MOTION FOR EXTENSION OF DEADLINE TO FILE MOTION TO APPROVE SETTLEMENT AGREEMENT

Plaintiff, John Price ("Plaintiff"), and Defendant, Devon Energy Corporation ("Defendant"), (collectively, the "Parties"), respectfully request the Court extend the deadline to file Motion to Approve Settlement Agreement by thirty (30) days, or until March 8, 2021. In support of the motion, the Parties state as follows:

1. Without an extension, the Parties' deadline to file a Motion to Approve Settlement Agreement is February 4, 2021 (Doc Nos. 22 and 23).

2. There has been one (1) previous request for extension in this case. On October 23, 2020, the Parties jointly requested a 60-day extension of the stay (Doc. No. 20), which was granted on October 23, 2020 (Doc. No. 21).

3. The Parties are currently engaged in negotiating the terms of the formal settlement agreement, which they do not anticipate completing by the current deadline of February 4, 2021.

4. The requested extension is made in good faith and not for the purpose of delay.

5. A proposed order is submitted contemporaneously herewith.

## RELIEF REQUESTED

WHEREFORE, the Parties respectfully request a thirty (30) day extension of the deadline to file a Motion to Approve Settlement Agreement, or until Monday, March 8, 2021.

Respectfully submitted,

*s/Kristin M. Simpsen*
Michael F. Lauderdale, OBA #14265
Tony G. Puckett, OBA #13336
Kristin M. Simpsen, OBA #22302
MCAFEE & TAFT A PROFESSIONAL CORPORATION
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, Oklahoma 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
mike.lauderdale@mcafeetaft.com
tony.puckett@mcafeetaft.com
kristin.simpsen@mcafeetaft.com

-and-

Stanley K. Kotovsky, Jr.
P.O. Box 25207
Albuquerque, NM 87125
Telephone: (505) 768-1500

**ATTORNEYS FOR DEFENDANT DEVON ENERGY CORPORATION**

-and-

*s/Richard J. (Rex) Burch*
Richard J. (Rex) Burch
Texas Bar No. 24001807
BRUCKNER BURCH PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Facsimile: (713) 877-8065
rburch@brucknerburch.com

-and-

Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
Carl A. Fitz
Texas Bar No. 24105863
JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: (713) 352-1100
Facsimile: (713) 352-3300
mjosephson@mybackwges.com
adunlap@mybackwages.com
cfitz@mybackwages.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
Carl A. Fitz
Texas Bar No. 24105863
JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone:   (713) 352-1100
Facsimile:    (713) 352-3300
mjosephson@mybackwges.com
adunlap@mybackwages.com
cfitz@mybackwages.com

-and-

Richard J. (Rex) Burch
Texas Bar No. 24001807
BRUCKNER BURCH PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone:   (713) 877-8788
Facsimile:    (713) 877-8065
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

*s/Kristin M. Simpsen*
Kristin M. Simpsen