UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOHN PRICE, Individually and on Behalf of All Others Similarly Situated,<br><br>v.<br><br>DEVON ENERGY CORPORATION | Case No. 2:20-cv-00316-KWR-GJF |

**RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate that this lawsuit, and with it all claims against Devon Energy Production Company, is dismissed with prejudice and that Plaintiff and Defendant shall bear their own costs and attorneys' fees. The dismissal shall be effective upon filing.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Carl A. Fitz* | By: */s/Kristin M. Simpsen* |
| **Michael A. Josephson** | Michael F. Lauderdale, OBA #14265 |
| Texas Bar No. 24014780 | Tony G. Puckett, OBA #13336 |
| **Andrew W. Dunlap** | Kristin M. Simpsen, OBA #22302 |
| Texas Bar No. 24078444 | **McAfee & Taft A Professional Corporation** |
| **Carl A. Fitz** | Tenth Floor, Two Leadership Square |
| Texas Bar No. 24056278 | 211 North Robinson Avenue |
| **JOSEPHSON DUNLAP LLP** | Oklahoma City, OK 73102 |
| 11 Greenway Plaza, Suite 3050 | Telephone: (405) 235-9621 |
| Houston, Texas 77005 | Facsimile: (405) 235-0439 |
| 713-352-1100 – Telephone | mike.lauderdale@mcafeetaft.com |
| 713-352-3300 – Facsimile | tony.puckett@mcafeetaft.com |
| mjosephson@mybackwages.com | kristin.simpsen@mcafeetaft.com |
| adunlap@mybackwages.com | |
| cfitz@mybackwages.com | AND |
| | |
| AND | Stanley K. Kotovsky, Jr. |
| | P.O.Box 25207 |
| **Richard J. (Rex) Burch** | Albuquerque, NM 87125 |
| Texas Bar No. 24001807 | |
| **BRUCKNER BURCH PLLC** | **ATTORNEYS FOR DEFENDANT** |
| 11 Greenway Plaza, Suite 3025 | |
| Houston, Texas 77046 | |

713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 9th day of March 2022.

/s/ *Carl A. Fitz*
**Carl A. Fitz**