# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOHN PRICE, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:20-cv-00316-KWR-GJF |
| v. | |
| DEVON ENERGY CORPORATION | |

## ORDER GRANTING RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court GRANTS Plaintiff and Defendant's stipulation of dismissal of all claims against Devon Energy Production Corporation with prejudice. Accordingly, this action is hereby dismissed with prejudice. Plaintiff and Defendant are to bear their own costs and attorneys' fees.

It is so ORDERED.

SIGNED this _____ day of _____, 2022.


_____
UNITED STATES DISTRICT JUDGE