UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOHN PRICE, Individually and on Behalf of All Others Similarly Situated,<br><br>v.<br><br>DEVON ENERGY CORPORATION | Case No. 2:20-cv-00316-KWR-GJF |

**ORDER GRANTING RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **GRANTS** Plaintiff and Defendant's stipulation of dismissal of all claims against Devon Energy Production Corporation with prejudice. Accordingly, this action is hereby **DISMISSED WITH PREJUDICE.** Plaintiff and Defendant are to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

**SIGNED** this **9th day** of **March 2022.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**